UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD WINFIELD CAGE,

        Plaintiff,                  Case No. 1:08-cv-913

v.                                      Honorable Gordon J. Quist

MICHIGAN DEPARTMENT
OF CORRECTIONS et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that the Order granting Plaintiff leave to proceed *in forma pauperis* (docket #3) is hereby VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS FURTHER ORDERED that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court.  Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

Dated:  November 24, 2008                /s/ Gordon J. Quist
                                                     Gordon J. Quist
                                                     United States District Judge